IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION


MARY K. HATTON,                         :
                                        :
      Plaintiff,                        :
                                        :
v.                                      :        CIVIL ACTION 06-0851-M
                                        :
MICHAEL J. ASTRUE,                      :
Commissioner of                         :
Social Security,                        :
                                        :
      Defendant.                        :


JUDGMENT


      It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be

entered in favor of Plaintiff Mary K. Hatton and against

Defendant Michael J. Astrue.

      DONE this 20th day of June, 2007.


                              s/BERT W. MILLING, JR.
                              UNITED STATES MAGISTRATE JUDGE