```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                  SOUTHERN DIVISION
```

MARY K. HATTON,                       :
                                      :
    Plaintiff,                        :
                                      :
vs.                                   :    CIVIL ACTION 06-0851-M
                                      :
MICHAEL J. ASTRUE,                    :
Commissioner of                       :
Social Security,                      :
                                      :
    Defendant.                        :

<u>JUDGMENT</u>

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act be **GRANTED** and that Plaintiff's attorney, Gilbert B. Laden, be **AWARDED** an EAJA attorney's fee in the amount of $2,791.73 and costs in the amount of $350.00 for a total of $3,141.73.  No costs are taxed.

DONE this 18th day of September, 2007.

                                        <u>s/BERT W. MILLING, JR.</u>
                                        UNITED STATES MAGISTRATE JUDGE