```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

MARY K. HATTON,                      :
                                     :
    Plaintiff,                       :
                                     :
vs.                                  :   CIVIL ACTION 06-0851-M
                                     :
MICHAEL J. ASTRUE,                   :
Commissioner of                      :
Social Security,                     :
                                     :
    Defendant.                       :

<u>JUDGMENT</u>

It is **ORDERED, ADJUDGED and DECREED** that Plaintiff's attorney's Motion for Authorization of Attorney's Fees Pursuant to 42 U.S.C. § 406(b) be and is hereby **GRANTED** and that Plaintiff's attorney, Gilbert B. Laden, be and is hereby **AWARDED** a fee in the amount of $6,939.50 for his services before this Court. It is **FURTHER ORDERED** that Mr. Laden pay to Plaintiff the amount of $2,791.73, which sum represents the EAJA fee counsel was previously awarded.

DONE this 17th day of October, 2008.

                                           <u>s/BERT W. MILLING, JR.</u>
                                           UNITED STATES MAGISTRATE JUDGE